Frank Nead and Another, Respondents, v. Samuel Zieres and Another, Appellants. Frank Nead, Respondent, v. Samuel Zieres and Another, Appellants. Edna Nead, Respondent, v. Samuel Zieres and Another, Appellants.— Judgments unanimously affirmed, with costs in one action.

In the Matter of Proving the Last Will and Testament of John S. Barry, Deceased.— Decree reversed, on the law, and new trial granted, with costs to the contestants, appellants, payable out of the estate, to abide the event. Opinion by Crapser, J. (which opinion is not to be published because not of general interest). All concur. [143 Misc. 393.]

Harry L. Eckert, as Executor, etc., of Elmer Ellsworth Coe, Deceased, and Vern Coe, Appellants, v. Home Insurance Company, New York, and Clyde Bennett, Respondents.— Judgment unanimously affirmed, with costs.

In the Matter of the Application of James J. Eccles, Respondent, for an Order of Peremptory Mandamus against William Gorham Rice and John C. Clark as Members of the Civil Service Commission of the State of New York and Others, Appellants, and Another.— Order reversed, on the law and facts, and the application for mandamus order denied, and the petition dismissed, without costs, on the ground that the petitioner failed to produce proof showing himself entitled to preference, and on the further ground that he has been guilty of laches in making this application. All concur.

William Hargrave, Respondent, v. Alice K. Freiot and Others, Appellants. George Roney, Respondent, v. Alice K. Freiot and Others, Appellants. Frank J. Sautter, Respondent, v. Alice K. Freiot and Others, Appellants.— Judgments and orders unanimously affirmed, with costs in one action.

Joseph Zevens, Appellant, v. The State of New York, Respondent. Long Island Railroad Company and The City of New York, Intervenors, Respondents. (Claim No. 19823.) — Order of the Court of Claims, dated May 27, 1932, and judgment of the Court of Claims, entered in its clerk's office June 3, 1932, unanimously affirmed, with costs.

Regulus Realty Co., Incorporated, Appellant, v. The State of New York, Respondent. New York Central Railroad Company and The City of New York, Intervenors, Respondents. (Claim No. 22125.) — Order of the Court of Claims, dated May 27, 1932, and judgment of the Court of Claims, entered in its clerk's office June 3, 1932, unanimously affirmed, with costs.

Susan A. Harper, Respondent, v. The Phoenix Mutual Life Insurance Company of Hartford, Connecticut, Appellant.— Judgment and order unanimously affirmed, with costs.

Russell F. Pulver, an Infant, by Wyllis F. Pulver, His Guardian ad Litem, Appellant, v. Catherine Coler Pulver, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.